IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb<br><br>Plaintiff,<br><br>v.<br><br>Jozef Wilczek; Maria Wilczek<br><br>Defendants. | Case No. 14 cv 3340<br><br>Assigned Judge: Samuel Der-Yeghiayan<br><br>Magistrate Judge: Sidney I. Schenkier |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Jozef Wilczek and Maria Wilczek

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, National Association, successor
to National City Bank, successor in interest
to Mid America Bank, fsb

By: /s/ Jennifer E. Frick
One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jfrick@crowleylamb.com